United States District Judge Richard A. Jones

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBIN REKOLA,<br><br>        Plaintiff,<br><br>    vs.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security<br><br><br>        Defendant | **Case No.** 32:16-CV-1638<br><br>~~**PROPOSED**~~ **ORDER** |

This matter having come on regularly before the undersigned by the stipulated motion for attorney fees pursuant to the Equal Access to Justice Act, it is hereby ORDERED that:

Attorney fees of $2504.84 and expenses in the amount of $2.07 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 be awarded to Plaintiff. Subject to any offset allowed under the Treasury Offset Program, the EAJA attorney fees will be paid directly to the order of: Janet Leanne Martinez. Whether or not the EAJA fees and expenses are subject to any

- 1
Proposed Order

Douglas Drachler McKee & Gilbrough
1904 3rd Ave. Suite 1030
Seattle, WA 98101
206-623-0900
leannem@qwestoffice.net

offset, payment of this award shall be made via check sent to Attorney Janet Leanne Martinez's address: Douglas Drachler McKee & Gilbrough, 1904 3rd Ave Suite 1030 Seattle, WA 98101.

Dated this 14th day of April, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Proposed Order

Douglas Drachler McKee & Gilbrough
1904 3rd Ave. Suite 1030
Seattle, WA 98101
206-623-0900
leannem@qwestoffice.net